THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
James Michael
 Lucas, Petitioner,
v.
State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Lexington County
R. Markley Dennis, Trial Judge
 Diane Schafer Goodstein, Post-Conviction
 Judge

Memorandum Opinion No. 2011-MO-034
Submitted December 1, 2011  Filed
 December 5, 2011  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Appellate
 Defender  Susan  Barber Hackett, of South Carolina Commission on Indigent
 Defense, of Columbia, for Petitioner.
Attorney
 General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General
 Kaelon E. May, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review
 the denial of Petitioner's application for post-conviction relief (PCR).  We
 now dismiss the writ as improvidently granted. 
 DISMISSED
 AS IMPROVIDENTLY GRANTED.
 TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.